UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

MICHAEL COMMEAU,                )
                                )
        Petitioner,             )
                                )
    v.                          )        Civil No. 08-306-B-W
                                )
JEFFREY MERRILL, WARDEN,        )
MAINE STATE PRISON,             )
                                )
        Respondent.             )

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on December 19, 2008 her

Recommended Decision (Docket # 9).  The Petitioner filed his objections to the Recommended

Decision (Docket # 10) on December 30, 2008.  I have reviewed and considered the Magistrate

Judge's Recommended Decision, together with the entire record; I have made a de novo

determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and

I concur with the recommendations of the United States Magistrate Judge for the reasons set

forth in her Recommended Decision, and determine that no further proceeding is necessary.

1.  It is therefore ORDERED that the Recommended Decision of the Magistrate
    Judge is hereby AFFIRMED.

2.  It is further ORDERED that the Petitioner's 28 U.S.C. § 2254 Petition (Docket #
    1) be and hereby is DENIED.

3.  It is further ORDERED that no certificate of appealability should issue in the
    event the Petitioner files a notice of appeal because there is no substantial
    showing of the denial of a constitutional right within the meaning of 28 U.S.C. §
    2253(c)(2).

2

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 5th day of January, 2009

2